**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GREGORY D. DIXON,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 23-CV-3930** |
| | : | |
| **GALLAGHER BASSETT** | : | |
| **SERVICES,** *et al.,* | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 30th day of November, 2023, upon consideration of Plaintiff Gregory D. Dixon's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED**:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915;

2. The Complaint is **DEEMED** filed;

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum; and

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.


**BY THE COURT:**


**/s/ Juan R. Sánchez**
**JUAN R. SÁNCHEZ, C.J.**